**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6659**

———————

FRANKIE L. MCCOY, SR.,

        Plaintiff - Appellant,

    v.

PATRICK CONROY, Warden; THOMAS CORCORAN, Ex-Warden; CHARLES H. BRADBERRY, Case Manager; D. HOWARD, Case Manager; C. ALTON, Case Manager; UNKNOWN NAMED DEFENDANTS, Defendants are sued individual and official capacities,

        Defendants – Appellees,

    and

B. ALLEN, Supervisor Case Management,

        Defendant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:01-cv-01581-JFM)

———————

Submitted: October 25, 2016      Decided: November 23, 2016

———————

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Frankie L. McCoy, Sr., Appellant Pro Se.  Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie L. McCoy, Sr., filed a lawsuit in the district court under the Americans with Disabilities Act and the Rehabilitation Act, claiming that the Defendants discriminated against him on account of his physical disabilities. The district court granted summary judgment to the Defendants on the ground that McCoy settled the asserted claims in a settlement agreement reached in a prior action. McCoy now appeals.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCoy v. Conroy, No. 1:01-cv-01581-JFM (D. Md. filed Apr. 15, 2016; entered Apr. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED